# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| *In re Walmart Inc. Securities Litigation* | Case No. 1:21-cv-0055-CFC (Consolidated) <br><br> CLASS ACTION |

# DEFENDANTS' MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAW

    Defendants Walmart Inc., C. Douglas McMillon, M. Brett Biggs, and David Chojnowski ("Defendants") hereby respectfully move this Court for entry of an order dismissing all of the claims against them under Federal Rule of Civil Procedure 12(b)(6). The grounds for this motion are set forth in Defendants' Opening Brief in Support of their Motion to Dismiss the Amended Class Action Complaint for Violations of the Federal Securities Laws, Defendants' Request for Consideration Under the Incorporation-By-Reference Doctrine or Judicial Notice, the Declaration of Raymond J. DiCamillo, and exhibits appended thereto.

1

| | |
|---|---|
| Dated: October 8, 2021 | Respectfully submitted, |
| Of Counsel: | RICHARDS, LAYTON & FINGER, P.A. |
| Sean M. Berkowitz<br>Nicholas J. Siciliano<br>LATHAM & WATKINS LLP<br>330 North Wabash Avenue, Suite 2800<br>Chicago, Illinois 60611.<br>Tel.: +1.312.876.7700<br>Fax: +1.312.993.9767<br>Email: sean.berkowitz@lw.com<br>Email: nicholas.siciliano@lw.com | */s/ Robert W. Whetzel*<br>Robert W. Whetzel (#2288)<br>Raymond J. DiCamillo (#3188)<br>920 North King Street<br>Wilmington, Delaware 19801<br>Tel.: +1.302.651.7700<br>Fax: +1.302.651.7701<br>Email: whetzel@rlf.com<br>Email: dicamillo@rlf.com |
| *Counsel for Defendants* | *Counsel for Defendants* |