

September 14, 2022

**VIA E-FILING**
The Honorable Colm F. Connolly
J. Caleb Boggs Federal Building
844 N. King Street
Courtroom 4B
Wilmington, DE 19801


Re:    *In re Walmart Inc. Securities Litigation*, 21-cv-55-CFC


Dear Chief Judge Connolly:

I write on behalf of Plaintiffs in the above-referenced case in connection with the Court's directives at the September 9, 2022 motion to dismiss hearing.

Plaintiffs intend to file an amended complaint and request 30 days, or until October 14, 2022 to submit their amended complaint.


Respectfully submitted,

/s/ Michael J. Farnan

Michael J. Farnan

cc: Counsel of Record (Via E-Filing)