## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

*In re: Walmart Inc. Securities Litigation*    )   **Civil Action No. 21-55-CFC**
                                               )   **CLASS ACTION**
                                               )
                                               )
                                               )
                                               )

## NOTICE OF APPEAL

Notice is hereby given that, in the above-captioned case, lead plaintiff Kim Kengle, as trustee of the Kim K. Kengle 2000 Trust and named plaintiff Roseanne Lacy ("Plaintiffs"), hereby appeal to the United States District Court of Appeals for the Third Circuit from the Order granting Defendants'[1] motion to dismiss the Second Amended Complaint and dismissing the Second Amended Complaint that was entered on April 8, 2024 (D.I. 81) and from the Order denying, as moot, Plaintiffs' Motion for Leave to Amend the Second Amended Class Action Complaint (D.I. 82) also entered on April 8, 2024, as well as from the prior Memorandum Opinion that has merged into the Orders (D.I. 80).

---

[1] Defendants refers to Walmart, Inc., Douglas McMillon, and Brett Biggs.

Dated: April 29, 2024

Of Counsel:

**THE ROSEN LAW FIRM, P.A.**
Laurence Rosen
Phillip Kim
Sara Fuks
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3287
Email: lrosen@rosenlegal.com
pkim@rosenlegal.com
sfuks@rosenlegal.com

*Lead Counsel Plaintiffs and the Putative
Class*

Respectfully submitted,

**FARNAN LLP**

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
Telephone: (302) 777-0300
Facsimile: (302) 777-0301
Email: bfarnan@farnanlaw.com
Email: mfarnan@farnanlaw.com

*Liaison Counsel for Plaintiffs and the
Putative Class*